# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

AARON ANTHONY FLEMONS
ADC # 119749                                                    PLAINTIFF

v.                      No. 5:18-cv-73-DPM-JJV

BOLDEN, Security Officer, EARU, ADC;
MORRIS, Security Officer, EARU, ADC;
ARKANSAS DEPARTMENT OF CORRECTION;
WENDY KELLEY, Director, ADC; KNOTT,
Chief of Security, EARU, ADC; and
ROSE, Security Officer, EARU, ADC                               DEFENDANTS

## ORDER

Unopposed partial recommendation, № 7, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Flemons's claims against the Arkansas Department of Correction are dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 April 2018