# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

AARON ANTHONY FLEMONS
ADC # 119749                                                      PLAINTIFF

v.                          No. 5:18-cv-73-DPM-JJV

GLENDA BOLDEN, Security Officer,
EARU, ADC; DARYL MORRIS, Security
Officer, EARU, ADC; WENDY KELLEY,
Director, ADC; DAVID KNOTT, Chief of
Security, EARU, ADC; and SYNITREOUS
ROSE, Security Officer, EARU, ADC          DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's
partial recommendation, № 33, and overrules Flemons's objections,
№ 34. FED. R. CIV. P. 72(b)(3). Flemons doesn't object to the
recommendation on his motion to voluntarily dismiss. That motion,
№ 30, is granted. Flemons's claims against Defendant Knott are
dismissed without prejudice.

On exhaustion, Flemons says he didn't have an "available"
remedy within the meaning of the PLRA because he didn't know about
Defendants' retaliatory motives until after the fifteen-day grievance
window had closed. № 31 & № 34. But Flemons hasn't shown that
Defendants, "through machination, misrepresentation, or
intimidation[,]" prevented him from learning of or deducing a

retaliatory motive sooner. *Ross v. Blake*, 136 S. Ct. 1850, 1860 (2016). And as Magistrate Judge Volpe notes, there is no "special circumstances" exception to the PLRA's exhaustion requirement. *Ross*, 136 S. Ct. at 1858. Defendants' motion for partial summary judgment, № 24, is therefore granted. Flemons's retaliation claims are dismissed without prejudice.

So Ordered.

DPMarshall Jr.

D.P. Marshall Jr.
United States District Judge

18 September 2018