IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AARON ANTHONY FLEMONS
ADC # 119749                                              PLAINTIFF

v.                           No. 5:18-cv-73-DPM

GLENDA BOLDEN, Security Officer,
EARU, ADC; DARYL MORRIS, Security
Officer, EARU, ADC; WENDY KELLEY,
Director, ADC; KEITH WADDLE; and
DANIEL GOLDEN                                           DEFENDANTS

## ORDER

Motion to amend, № 79, denied. FED. R. CIV. P. 15(a)(2). Justice
doesn't require allowing an amendment at this late stage. The Court
will, however, consider Flemons's proposed amendment as an affidavit
in support of his summary judgment response. In particular, it includes
more facts, provided under oath, about Flemons's time in punitive
isolation. № 79 at 7–8. And though this testimony is self-serving, that
doesn't mean it's necessarily insufficient. *United States v. Dico, Inc.*,
136 F.3d 572, 579 (8th Cir. 1998). The Court therefore returns this case
to the Magistrate Judge for a supplemental recommendation on
Flemons's Eighth Amendment claims in light of the new material.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_16 August 2019_