# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

AARON ANTHONY FLEMONS
ADC # 119749                                                      **PLAINTIFF**

v.                                    No. 5:18-cv-73-DPM

GLENDA BOLDEN, Security Officer,
EARU, ADC; DARYL MORRIS, Security
Officer, EARU, ADC; ARKANSAS
DEPARTMENT OF CORRECTION;
WENDY KELLEY, Director, ADC;
DAVID KNOTT, Chief of Security, EARU,
ADC; SYNITEREOUS ROSE, Security
Officer, EARU, ADC; KEITH WADDLE;
and DANIEL GOLDEN                                               **DEFENDANTS**

## JUDGMENT

**1.** Flemons's claims against Knott and Rose are dismissed without prejudice.

**2.** Flemons's retaliation claims and his state law claims are dismissed without prejudice.

**3.** All other claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 November 2019